# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DWAYNE MICENHEIMER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.: 1:10-cv-00340-OWW-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 11, 14) |

　　　　Plaintiff Cory Dwayne Micenheimer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on September 15, 2009, alleging interference with mail. (Doc. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 24, 2010, Plaintiff filed a motion seeking to be removed from the custody of the California Department of Corrections and Rehabilitation and a notice of his inability to serve Defendants in this action. (Docs. 11, 12). On January 3, 2011, the Magistrate Judge filed a Findings and Recommendations herein which was served on the Plaintiff and which contained notice to the Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. On January 27, 2011, Plaintiff submitted objections to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of this case. Having carefully reviewed Plaintiff's objections and the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 3, 2011, is adopted in full; and
2. Plaintiff's motions for injunctive relief, filed May 24, 2010, is DENIED.

IT IS SO ORDERED.

Dated:  February 8, 2011          /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE